IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02133-BNB

MR. MARVIN O. HOLLOMAN,

Plaintiff,

v.

EXECUTIVE DIRECTOR OF COLORADO DEPARTMENT OF CORRECTIONS MR. ARISTEDES W. ZAVARAS,
C.D.O.C. MANAGER OF OFFENDER MANAGEMENT MR. PAUL HOLLENBECK,
C.D.O.C. COMMUNITY CORRECTIONS MR. MATTHEW MENCK,
C.D.O.C. COMMUNITY CORRECTIONS PAROLE OFFICER MS. AMY DURAN,
C.D.O.C. HEAD CASE MANAGER AT STERLING CORRECTIONAL FACILITY MR. JOSEPH HALLIGAN,
C.D.O.C. CASE MANAGER UNIT 35 STERLING CORRECTIONAL FACILITY MR. FREDDIE COURTNEY,
CORRECTIONAL MANAGEMENT, INC., – DENVER, MR. MIKE KOOP,
C.M.I. DAHLIA PROGRAM MS. ERICKA MARTIN, Program Director,
MS. STEPHANIE MIMS, C.M.I. Dahlia, Case Manager, and
MR. KEVIN MILYARD, Sterling Correctional Facility,

Defendants.

## ORDER OF DISMISSAL

In an order filed on October 10, 2007, Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee. Plaintiff was warned that the complaint and the action would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause within thirty days.

Plaintiff has failed within the time allowed either to pay the initial partial filing fee or to show cause why he is unable to pay the initial partial filing fee. Plaintiff has failed to respond to Magistrate Judge Boland's October 10 order in any way. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed either to pay the initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee.

DATED at Denver, Colorado, this _11_ day of _Dec._, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02133-BNB

Marvin O. Holloman
Prisoner No. 114066
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12\13\07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk