IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02133-ZLW

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 12 2008

GREGORY C. LANGHAM
CLERK

MARVIN O. HOLLOMAN,

   Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director of Colorado Department of Corrections,
PAUL HOLLENBECK, C.D.O.C. Manager of Offender Management,
MATTHEW MENCK, C.D.O.C. Community Corrections,
AMY DURAN, C.D.O.C. Community Corrections, Parole Officer,
JOSEPH HALLIGAN, C.D.O.C. Head Case Manager at Sterling Correctional Facility,
FREDDIE COURTNEY, C.D.O.C. Case Manager, Unit 35, Sterling Correctional Facility,
MIKE KOOP, Correctional Management Inc., Denver,
C.M.I. DAHLIA PROGRAM,
ERICKA MARTIN, Program Director,
STEPHANIE MIMS, C.M.I., Dahlia, Case Manager, and
KEVIN MILYARD, Sterling Correctional Facility,

   Defendants.

---

ORDER VACATING JUDGMENT AND ORDER OF DISMISSAL

---

Plaintiff Marvin O. Holloman is a prisoner in the custody of the Colorado Department of Corrections at the Sterling, Colorado, Correctional Facility. On June 4, 2008, Mr. Holloman filed a *pro se* "Motion to Vacate Judgement [sic] Pursuant to Fed. R. Civ. P. 60(a)." The Court must construe the Motion liberally because Mr. Holloman is representing himself. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Motion will be granted.

Mr. Holloman initiated this action by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On October 10, 2007, the Court entered an order directing the Clerk of the Court to commence a civil action and instructing Plaintiff to pay an initial partial filing fee of $11.00 within thirty days if he wished to pursue his claims. On December 13, 2007, the Court dismissed the instant action because Plaintiff failed to pay the $11.00 filing fee within the time required.

Mr. Holloman asserts in the June 4, 2008, Motion that he submitted the $11.00 to the Court between October 30 and November 30, 2007. The Court has determined that Mr. Holloman's payment of the filing fee inadvertently was not entered on the Court's Docket at the time the payment was made on November 1, 2007. The Court's Docket now has been corrected, and the Order of Dismissal and the Judgment entered in this action will be vacated. Accordingly, it is

ORDERED that Plaintiff's Motion to Vacate Judgment Pursuant to Fed. R. Civ. P. 60(a), (Doc. No. 6), filed on June 4, 2008, is granted. It is

FURTHER ORDERED that the Court's Order of Dismissal and the Judgment, both entered on December 13, 2007, are vacated.

DATED at Denver, Colorado, this 12 day of June, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02133-BNB

Marvin O. Holloman
Prisoner No. 114066
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6\12\08

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                        Deputy Clerk